U.S. Department of Justice
United States Marshals Service



# DETAINER
## AGAINST UNSENTENCED PRISONER
## BASED ON FEDERAL ARREST WARRANT

United States Marshal
Eastern District of Wisconsin
*(District)*

125 S Jefferson St
Green Bay, WI 54301
(920) 883-6332

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Outagamie County Jail
Appleton, WI

DATE: 04/17/2019
SUBJECT: YANG, Xengxai
AKA: _____
DOB/SSN: ███████99
REF. # _____
USMS #: _____
CR #: Fed case 19CR67

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the _Eastern_ District of _Wisconsin_ has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):

> Armed Bank Robbery, Use of a short-barreled firearm during and in relation to a crime of violence, Possession of a short-barreled rifle.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at __920 884 2082__.
*FAX No.*

**RECEIPT**
Date: 4/18/19
Signed: AS #326
By: Gorski #326
Title: Operations Asst.

Very truly yours,
T. Coulon
U.S. Marshal

Requested by: R. Clauss, Deputy US Marshal

Form USM-16A
Rev. 01/06