UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                Case No. 19-CR-67

XENGXAI YANG,

                Defendant.

---

**IN THE MATTER OF THE APPLICATION AND ORDER
FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

**TO:**    **The Honorable James R. Sickel
United States Magistrate Judge**
Eastern District of Wisconsin

The petition of the United States Attorney for the Eastern District of Wisconsin respectfully shows to this Court that

**XENGXAI YANG
DOB: XX-XX-1999**

is a defendant in the above-entitled action, whose appearance is necessary for an Arraignment. That petitioner further alleges that the Arraignment will be held before the Honorable James R. Sickel, United States Magistrate Judge, 125 South Jefferson Street, Room 201, Green Bay, Wisconsin, commencing on **April 23, 2019 at 11:45 a.m.**

The petitioner has been informed and believes that

**XENGXAI YANG
DOB: XX-XX-1999**

is now confined at the **Outagamie County Jail, Appleton, Wisconsin,** at which institution said person is committed pursuant to the Order of a Court of the State Wisconsin.

WHEREFORE, your petitioner prays that this Honorable Court order that a Writ of Habeas Corpus for Prosecution be issued from this Court to the Warden of the **Outagamie County Jail, Appleton, Wisconsin** requiring him/her to produce the body of the said

**XENGXAI YANG**
**DOB: XX-XX-1999**

at the time and place set forth above, and after said proceedings to return the prisoner to said institution under safe and secure conduct.

Dated at Green Bay, Wisconsin, this ___18th___ day of April, 2019.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney


s/Andrew J. Maier
**ANDREW J. MAIER**
Assistant United States Attorney


Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus for Prosecution be issued as prayed for in the foregoing petition.

Dated at Green Bay, Wisconsin, this 19th day of April, 2019.


s/James R. Sickel
**JAMES R. SICKEL**
United States Magistrate Judge