## UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES** |
| v. | **ARRAIGNMENT** |
| **XENGXAI YANG** | Case No. 19-CR-67 |

HONORABLE James R. Sickel, presiding  
Proceeding Held: April 23, 2019  
Deputy Clerk: Mara  

Time Called: 11:50 a.m.  
Time Concluded: 12:01 p.m.  
Tape: 042319  

**Appearances:**

UNITED STATES OF AMERICA by: Andrew J. Maier

XENGXAI YANG in person and by: Kevin Musolf

US PROBATION OFFICE by: Brian Koehler

INTERPRETER:

☒ Original Indictment   ☐ Superseding Indictment   ☒ Felony   ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | **7/2/2019** | Trial Estimate: | **3 days** |
| Final Pretrial Date: | **6/14/2019 at 11:00 a.m.** | Motions Due: | **5/8/2019** |
| Jury Trial Date: | **7/1/2019 at 8:30 a.m.** | Responses Due: | **5/20/2019** |
| District Judge: | **William C. Griesbach** | Replies Due: | **5/27/2019** |
| Magistrate Judge: | **William E. Duffin** | | |

☒ Defendant advised of rights  
☐ Court orders counsel appointed  
☒ Copy of indictment received by defendant  
　☐ indictment read; or ☒ reading waived  
☒ Not guilty plea entered by: ☒ defendant ☐ court  

☒ Defendant advised of maximum penalties  
☒ Open discovery policy applies  
☒ Government to disclose GJ materials one day prior to trial  

☐ Defendant released on: ☐ O/R bond; ☐ Cash bond; ☐ Property bond; ☐ with conditions. SEE Order Setting Conditions of Release.  
☒ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.  
☐ Court orders federal detainer.  
☐ Defendant is ordered temporarily detained. Detention hearing set for:  
☐ Bond continued; or ☐ Detention continued as previously set  

Maximum Penalties: Ct 1: 25 yrs, $250,000, 5 yrs SR, $100 SA;  
Ct 2: 10 yrs mm consecutive-life, $250,000, 5 yrs, SR, $100 SA; Ct 3: 10 yrs, $250,000, 3 yrs SR, $100 SA  
Defendant is currently charged on a state matter in Outagamie County Jail. Mr. Maier states a Motion to Dismiss was filed earlier today. Government requests detention.