**KENT M. BERNEY, PH.D.**  
Licensed Psychologist

Wisconsin License #1266

N6145 N. Salem Rd.  
Beaver Dam, Wisconsin 53916

Phone: (608) 469-2767  
Fax:   (920) 885-5581  
E-mail: kentberney@gmail.com

## EDUCATION

| | | |
|---|---|---|
| Ph.D., 1985 | University of Wisconsin, Madison, WI<br>Counseling Psychology<br>APA approved, 2/86 | |
| M.S., 1975 | Eastern Washington University, Cheney, WA<br>Applied Psychology | |
| B.S., 1970 | Albion College, Albion, MI<br>Major: Psychology    Minor: Sociology and Anthropology | |

## EMPLOYMENT - PUBLIC/PRIVATE (1985 - Present)

**Director of Psychology (1999-2010):** Winnebago Mental Health Institute (WMHI), Winnebago, WI, 50% time. Responsibilities: Clinical supervision of psychology staff (14 psychologists) and AODA staff; supervision of forensic and civil evaluations; development and consultation of facility wide programs related to all clinical aspects of WMHI. Administrative responsibilities related to the general operation of this 300-bed state psychiatric hospital. Served as co-chair of WMHI Ethics Committee.

**Forensic Evaluations (1989-Present):**

- **Criminal Evaluations:** Not guilty by reason of mental disease or defect, competency to stand trial, and conditional release evaluations pursuant to court orders and requests by public defenders, private attorneys and prosecutors. Completed over 2,000 criminal evaluations.

- **Civil Evaluations:** Appointed by the court for civil evaluations in over sixty Wisconsin counties. Completed over 4,500 mental commitment evaluations and over 1,500 guardianship/protective placement evaluations.

**Supervision (1991-Present):** Forensic supervision of Psychiatric Residents at UW-Madison Medical School (2008-Present). Clinical supervision of doctoral and post doctoral students (1991-Present).

**Psychotherapy (1985-Present):** Treat adult and adolescent patients in individual psychotherapy. Perform psychological and diagnostic evaluations.

**Consultation Contracts:**

- *Marquette County Human Services*, Montello, WI (2017-Present). Clinical supervision of staff.

- *Green Lake County Human Services*, Green Lake, WI (2015-Present). Clinical supervision of staff and psychological evaluations.

- *Jefferson County Court*, Jefferson, WI (2003-Present). Court ordered psychological evaluations.

- *Sauk County Court*, Baraboo, WI (1993-Present). Court ordered psychological evaluations.

KENT M. BERNEY, PH.D.                                                                                              2

## CONSULTATION CONTRACTS: (continued)

- ***Columbia County Community Mental Health Center / 51.42 Board***, Portage, WI.

    (1998-Present). Court ordered psychological evaluations.

    (1989-1996). Staff Psychologist. Responsibilities: Psychological and forensic evaluations re: custody, competency, guardianships and differential diagnosis; staff consultation.

- ***Supreme Court of Wisconsin Board of Bar Examiners***, Madison, WI (2003-Present). Evaluate individuals applying for admission to the Wisconsin Bar for fitness to practice law.

## OTHER PREVIOUS EMPLOYMENT

**Dane County Juvenile Court**, Madison, WI (2001-2015). Court ordered psychological evaluations.

**Dane County Mental Health Clinical Assessment Unit**, Madison, WI (1990-2014). Court ordered psychological evaluations.

**Juneau County Department of Human Services / 51.42 Board**, Mauston, WI (1988-2007). Staff Psychologist. Responsibilities: Psychological and forensic evaluations re: custody, competency, mental commitments, guardianships and differential diagnosis; clinical supervision of mental health and AODA staff; supervision of Social Services staff; clinical staffings; psychotherapy; behavioral treatment planning for Developmentally Disabled and clients with persistent mental illness; and consultation to the medical community.

**Sauk County Health Care Facility for Developmentally Disabled Unit (FDD)**, Reedsburg, WI (1990-2006). Psychological evaluations, development of behavioral treatment plans, staff training and supervision.

**Nursing Home Contracts:** (1988-2006). Continental Manor - Wisconsin Dells, WI. Colonial Manor, Madison Convalescent Center, and City View Nursing Home - Madison, WI. Pleasant View Nursing Home - Monroe, WI. Responsibilities: Psychological evaluations for diagnostic purposes and treatment planning.

**Community Counseling Center**, Madison, WI (2000-2005). Responsibilities: Psychotherapy and staff supervision and psychological evaluations.

**Aspen Family Counseling**, Portage, WI (1998-2005). Responsibilities: Psychotherapy and staff supervision and psychological evaluations.

**Social Security Administration, Federal Government** (1993-2004). Expert witness for Administrative Law Hearings for Social Security Disability.

**Social Security Administration, State of Wisconsin** (1991-2001). Psychological evaluations for Social Security Disability determination.

**Southwest Counseling Center**, Brodhead, WI (1995-1999). Clinical supervision of staff and evaluations.

**Family Services**, Madison, WI (1991-1995). Clinical supervision of all Alternative to Aggression staff.

KENT M. BERNEY, PH.D.                                                                                                        3

**PREVIOUS EMPLOYMENT:** (continued)

**University of Wisconsin, Waisman Center, Program on Aging**, Madison, WI (1993-1994). Staff psychologist on an evaluation team involved in a one year research project. Responsibilities: Psychological evaluations with aging Developmentally Disabled individuals.

**Beloit Convalescent Center FDD Unit** (1988-1992). Psychological evaluations and treatment plan development.

**Adams County Unified Board 51.42** (1987-1988). Staff Psychologist. Responsibilities: Court ordered and clinic psychological evaluations, clinical supervision of mental health and AODA staff and clinical staffings.

**Instructor** (1985). Department of Counseling Psychology, University of Wisconsin-Madison, Madison, WI. Supervision of second year masters level students in practicum settings.

**Residential Care and Psychological Services Coordinator** (1980-1981). RFDF, Inc., Madison, WI. Complete responsibility for all (28) direct care staff in a 96-bed residential Developmentally Disabled Intermediate Care Facility. Psychological services: testing, evaluation, individual and family therapy. "M" team member involving development of treatment philosophy, individual treatment plans and behavior modification unit. Staff training and supervision of treatment implementation.

**Staff Consultant** (1981). RFDF, Inc., Madison, WI. Psychological evaluation and treatment recommendations following state citations for lack of active treatment of the residential population.

**Mental Health Coordinator** (1979-1980). Lafayette County Unified Services, Darlington, WI. Primary responsibility for intake and diagnostic procedures, clinical supervision, psychotherapy with all clients, except those diagnosed alcoholic or Developmentally Disabled. Other duties included psychological testing, crisis intervention, development of long-term care programs, community education, consultation with medical facilities, programming planning and evaluation.

**Psychotherapist** (1975-1977). Community Mental Health Center, Spokane, WA. General outpatient therapy, prescription dependency, emotionally disturbed unit. Individual, marital and group psychotherapy with the full spectrum of psychopathologies. Crisis intervention, diagnosis and evaluation, special programs in drug addiction and dependency, sexual dysfunction and assertiveness training. Clinical supervision of new employees and students. Staff training in group and individual therapy techniques.

**Program Consultant** (1971). First United Methodist Church, Fairport, NY. Established and developed marital counseling service.

**Psychiatric Technician** (1970 - 1971). Yankton State Hospital, Yankton, SD. Varied clinical duties including marital, individual and group psychotherapy with adults, program planning and evaluation.

**PUBLICATIONS**

A neuropsychological screening test derived from the Luria-Nebraska Neuropsychological Battery. Presented at the 1986 Annual Meeting of the Wisconsin Psychological Association.

A neuropsychological screening test derived from the Luria-Nebraska Neuropsychological Battery, (Abstract). The Archives of Clinical Neuropsychology, 1, 1. (1986). Presented at the 1985 National Academy of Neuropsychologists Annual Meeting.

Kent M. Berney, Ph.D.                                                                                                          4

---

**PUBLICATIONS**: (continued)

Cross-validation of the Luria-Nebraska Impairment Index, (Abstract). <u>The Archives of Clinical Neuropsychology</u>, 1, 1. (1986). Presented at the 1985 National Academy of Neuropsychologists Annual Meeting.

Long Term Memory Improvement: Confirming of a Finding by Piaget. <u>Child Development</u>, 40 (3), 845-857. (1969).

**AFFILIATIONS**

**Wisconsin Psychological Association**

- Appointed member, Professional Issues/Ethics Committee (2000-2006)
- Chair, Professional Practices Committee (2003-2006)