**Kent M. Berney, Ph.D.**  
Licensed Psychologist

N6145 North Salem Road  
Beaver Dam, WI 53916  
608/469-2767 phone  
920/885-5581 fax

August 8, 2019

VIA EMAIL cheryl-veazie@wied.uscourts.gov

The Honorable William C. Griesbach  
Chief Judge  
United States District Court for the  
Eastern District of Wisconsin  
125 South Jefferson Street, Room 203  
Green Bay, WI 54301-4541

      Re:    Xengxai Yang  
              Case No. 19CR0067

Dear Chief Judge Griesbach:

    I am writing to inform you of the status of my evaluation of Mr. Yang, per your Order for Psychological Examination regarding Mr. Yang's insanity defense. I have seen Mr. Yang on two occasions, June 28, 2019 and July 3, 2019. I subsequently contacted both the prosecuting attorney and Mr. Yang's defense attorney requesting discovery information and any other available records. I have received information from the prosecution. In my contacts with Attorney Musolf, Mr. Yang's defense attorney, he indicated approximately two weeks ago that he had sent a significant amount of records for my review. However, I have not yet received these records. I am not able to complete my evaluation in this matter until I have the opportunity to review all available records. I will be out of town from August 8, 2019, returning on August 17, 2019, and anticipate the preparation of my report shortly after my return, contingent on available collateral information.

    I apologize for the delay in the preparation of my report and any inconvenience this may create for the Court.

                                                Sincerely,

                                                Kent M. Berney, Ph.D.  
                                                Licensed Psychologist

KMB/sa

   cc:    Matthew D. Krueger, Unites States Attorney, Eastern District of Wisconsin  
           (via email matthew.krueger@usdoj.gov)  
        Attorney Kevin D. Musolf (via email mlrlaw@mlrobinsonlaw.com)