# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.  **(Counsel Only) STATUS CONFERENCE**

**XENGXAI YANG**  Case No. 19-CR-67

---

HONORABLE WILLIAM C. GRIESBACH  presiding  Time Called: 9:30 a.m.
Proceeding Held: August 9, 2019  Time Concluded: 9:34 a.m.
Deputy Clerk: Mara  Tape: 080919

**Appearances:**

UNITED STATES OF AMERICA by:  Andrew J. Maier

XENGXAI YANG in person and by:  Kevin D. Musolf (via telephone)

---

The Court inquires as to the status of the defendant's records. The Court and parties discuss the records.
Mr. Musolf states Dr. Berney is interested in viewing the defendant's interview with the police.
Mr. Musolf will send copies of the defendant's records to Dr. Berney at the correct address and to Mr. Maier.
This matter will be scheduled for a status conference when Dr. Berney's report is completed.