# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.  STATUS CONFERENCE

**XENGXAI YANG**  Case No. 19-CR-67

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 9:01 am |
| Proceeding Held: October 15, 2019 | Time Concluded: 9:08 am |
| Deputy Clerk: Lori | Tape: 101519 |

**Appearances:**

UNITED STATES OF AMERICA by:  Andrew J. Maier

XENGXAI YANG, in person and by:  Kevin D. Musolf

US PROBATION OFFICE by:

INTERPRETER: None  ☐ Interpreter Sworn

---

The Court and parties discuss the report issued by Dr. Berney.
Mr. Musolf has reviewed the report. Counsel has not been able to go over the report with the defendant prior to today's hearing.
Mr. Maier addresses the report's opinion as to an insanity defense.
Mr. Musolf requests the Court schedule the matter for trial.
Defense counsel is to assert notify the government by 12/2/2019 if they intend to assert an insanity defense.

Final Pretrial Conference is scheduled for 1/17/2020 at 3:30 pm.
Jury Trial is scheduled for February 3, 2020 at 8:30 am. (3 days)