# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.                                    **CHANGE OF PLEA HEARING MINUTES**

**XENGXAI YANG**                          Case No. 19-CR-67

---

HONORABLE WILLIAM C. GRIESBACH presiding          Time Called:    3:51 pm
Proceeding Held: January 17, 2020               Time Concluded:   4:17 pm
Deputy Clerk: Lori                                       Tape:   011720

**Appearances:**

UNITED STATES OF AMERICA by:                 Andrew J. Maier

XENGXAI YANG, in person and by:              Kevin D. Musolf

US PROBATION OFFICE by:                      Brian Koehler

INTERPRETER: None                            ☐ Interpreter Sworn

---

☒ Defense counsel advises that defendant wishes to enter a plea of guilty
☒ Plea agreement filed
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
☒ Defendant sworn
☒ Defendant advised that false statements made under oath may result in prosecution for perjury
☒ Court questions defendant as to background, education, medical history, drug usage

☒ Court advises defendant as to:
   ☒ Elements of the offense
   ☒ Maximum penalties
   ☒ Mandatory minimum sentence
   ☐ Forfeiture provision
   ☒ Sentencing guidelines
   ☒ Right to a jury trial
   ☐ Waiver of appeal rights
☒ Government provides factual basis as set forth in plea agreement

---

☒ GUILTY plea entered to Count(s) 1 and 2 of the ☒ indictment, ☐ superseding indictment, ☐ information

☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
   ☒ Defendant adjudged guilty

☒ CHARGE: Ct 1: 18:2113(a) and (d) Armed Bank Robbery and Ct 2: 18:924(c)(1)(A)(ii) and (B) (i) Using a firearm in furtherance of a crime violence involving a short-barreled firearm
☒ PSR ordered
☒ FPT and JT dates removed from court calendar
☒ Sentencing set for: April 13, 2020 at 1:30 pm

---

☒ Detention continued; or  ☐ Bond continued:  ☐ as previously set, or  ☐ as modified

The Court and parties address the psych evaluation.
Mr. Muslolf addresses the report and that issues do not rise to level of a legal insanity defense.