

Xengxai Yang
Brown County Jail
3030 Curry Lane
Green Bay, WI 54311
February 3, 2020

Honorable Judge William C. Griesbach
Court room 201
125 S Jefferson St
Green Bay, WI 54301

Re: U.S. v. Xengxai Yang, Case NO. 19-CR-67

Your Honor,

On date 1-17-20 at 3:30pm for final pretrial conference, we as the parties had discussed about the insanity defence. The Judge asked the defendants lawyer if he went over the Dr. report with his client. The lawyer said he went over the report also had mention to the Judge that I did not meet the standards to be qualified for insanity defence, but from the defendants knowlegde he never went over the report. At the time of the conference I had lacked focus due to my mental health. A few days after court I finally understood about what was going on at conference. I then asked my lawyer to get a copy of the Dr. report and he said he couldn't get it, as well as the law firm because it is sealed. From my understanding at the conference how did me and my lawyer go over the Dr. report? My lawyer did mention to me about the Dr. report of Dr. Berney claiming there was something wrong with me but did not have a defect, nor did he show the court or me any document of the Dr. report when he said I did not qualified for insanity defence. At this point I would like to withdrawl my lawyer due to him being ineffective. He lacks to help his cleint, also ignores the cleints questions by changing the subject, and does not follow up with my brother. My brother is my guider, due to my special needs I'm a little slow to understand at times, he explains to me in easier ways for me to understand. Your Honor,

I would also like to withdraw from my plea because it wasn't voluntary nor intelligent and should be voided, because the plea and conviction will be unconstitutional for the reason that the defendants 6th amendment right is hindering the guarantees of the assurings of a meanful defense by not properly going over the Dr. report with courts and the defendant, which is guarantee by law. With all due respect.

Sincerely,

Xengxai Yang