# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | STATUS CONFERENCE |
| **XENGXAI YANG** | Case No. 19-CR-67 |

HONORABLE WILLIAM C. GRIESBACH presiding     Time Called: 10:33 a.m.
Proceeding Held: February 10, 2020     Time Concluded: 10:39 a.m.
Deputy Clerk: Mara     Tape: 021020

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Andrew J. Maier |
| XENGXAI YANG in person and by: | Kevin D. Musolf |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

The Court addresses defendant's pro se [17] Letter/Motion to Appoint New Counsel and Withdraw Guilty Plea. Mr. Yang advises the Court that he still would like to withdraw his guilty plea.

Mr. Musolf has reviewed the Psychological Report with Mr. Yang, but has not provided the defendant with a copy due to confidential information contained within the report. Mr. Maier doesn't believe that the current sentencing hearing needs to be rescheduled.

Mr. Musolf states he was retained as counsel by the defendant's family and does not object to his client's letter. Mr. Musolf does not believe that his client has confidence in his ability and would like to withdraw as counsel. The Court grants Mr. Musolf's request to withdraw.

The Court terminates defendant's pro se [17] Letter/Motion and will appoint new counsel for Mr. Yang. Once new counsel appears and has consulted with the defendant, counsel will be allowed to file a motion to withdraw the defendant's plea and/or a motion for an insanity defense, if either is warranted.

The sentencing currently scheduled on April 13, 2020 remains on the court calendar.