UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 19-CR-67

XENGXAI YANG,

    Defendant.

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that the individual defendant in the above-referenced matter is represented by Federal Defender Services of Wisconsin, Inc., through undersigned counsel.

Dated at Green Bay, Wisconsin, this 19th day of February, 2020.

    Respectfully submitted,

    **s/Tom Phillip**
    TOM PHILLIP, Wisconsin Bar #1023113
    Federal Defender Services of Wisconsin, Inc.
    801 E. Walnut Street, Second Floor
    Green Bay, Wisconsin 54301
    Telephone: (920) 430-9900
    Facsimile: (920) 430-9901
    Tom_Phillip@fd.org

*Federal Defender Services of Wisconsin, Inc,*