# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

801 East Walnut Street
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

February 28, 2020

**VIA ECF**

Hon. William C. Griesbach
United States District Judge
125 South Jefferson Street, Room 203
Green Bay, WI 54301-4541

RE:   *United States v. Xengxai Yang*
      Case No. 19-CR-67

Dear Judge Griesbach:

I am writing to ask for clarification of the status of this matter.

On February 10, 2020, the Court held a hearing and allowed Attorney Kevin Musolf to withdraw. The Court ordered new counsel to be appointed, and I filed a Notice of Appearance and now represent Mr. Yang.

I listened to the audio recording of the status conference held on February 10, 2020. Docket Number 18. The audio of that hearing indicates that the Court allowed Attorney Musolf to withdraw. During the hearing the Court indicated that, after consultation with the defendant, new counsel would be allowed to file a motion to withdraw the defendant's plea, and/or a motion for an insanity defense, if either were warranted. The recording does not indicate that the Court specifically granted the defendant's *pro se* motion to withdraw his plea. *See*

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Docket Number 17. However, Docket entries 15 and 18 indicate that the Court granted the motion to withdraw the guilty plea and that the plea was withdrawn. *See* Docket Numbers 18 and 15, respectively.

Based on the above, and upon the recording of the February 10 hearing, I am writing to ask for clarification of the status of the case. While the recording of the hearing indicates that the defendant was not allowed to withdraw his plea, the Docket indicates the contrary.

I am available for a hearing at any time to further discuss this letter should the Court decide a hearing is necessary.

Sincerely,


**s/Tom Phillip**
Associate Federal Defender


cc: AUSA Andrew Maier
    USPO Brian Koehler

TEP/mlf

N:\Cases-Open\Y-Z\Yang, Xengxai - 20-065\Correspondence\Judge 022820.docx