# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **TELEPHONE STATUS CONFERENCE** <br> **(COUNSEL ONLY)** |
| **XENGXAI YANG** | Case No. 19-CR-67 |

HONORABLE WILLIAM C. GRIESBACH  presiding  Time Called: 10:06 a.m.
Proceeding Held: May 22, 2020  Time Concluded: 10:13 a.m.
Deputy Clerk: Cheryl  Tape: 052220

**Appearances:**

UNITED STATES OF AMERICA by:  Andrew J. Maier

Xengxai Yang by:  Thomas E. Phillip

Mr. Phillip provides case status. Mr. Phillip is investigating if there are grounds to withdraw the plea or if there is reason to proceed with respect to the mental defect or illness. Mr. Phillip states Mr. Yang underwent an examination, but that has proved difficult due to the COVID-19 pandemic. The doctor has finished the examination and testing. Mr. Phillip expects a report in the near future and will then conclude on how to proceed. Mr. Phillip proposes the Court set the matter on for a status conference.
Mr. Maier does not object.
The Court schedules the matter for a counsel only telephone status conference June 29 at 2:30 p.m.
Mr. Phillip should contact the court if the defendant wishes to proceed to sentencing prior to that date.