# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **(COUNSEL ONLY) TELEPHONE STATUS CONFERENCE** |
| **XENGXAI YANG** | Case No. 19-CR-67 |

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 2:33 p.m.
Proceeding Held: June 29, 2020   Time Concluded: 2:39 p.m.
Deputy Clerk: Mara    Tape: 062920

**Appearances:**

UNITED STATES OF AMERICA by:     Daniel R. Humble for Andrew Maier

XENGXAI YANG by:       Thomas E. Phillip

The Court inquires as to the status of the case.
Mr. Phillip summarizes the case history and notes he retained a neuropsychologist to examine the defendant. Mr. Phillip notes Dr. Johnson has completed all of the in-person work and will submit the report to Mr. Phillip within a few weeks. Mr. Phillip requests that the court schedule a telephone status conference for the end of July to advise how the defendant will proceed going forward. No objections from the government.

**Counsel Only Telephone Status Conference set for July 29, 2020 at 1:30 p.m.**