# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　*Plaintiff(s),*　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　　)　　　Case No. 19-CR-67
　　　　　　　　　　　　　　　　　　　)
XENGXAI YANG,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　*Defendant(s).*　　　)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled as indicated below:

### COUNSEL ONLY TELEPHONE STATUS CONFERENCE

*Date and Time Scheduled:*　**July 29, 2020 at 1:30 p.m.**

*Instructions:* **Participants are to call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

**To ensure a clear record of the hearing, participants should not use a speaker phone. Unless otherwise excused, all participants are expected to remain on the call for the duration of the conference.**

**All participants are to confirm their appearance with the Clerk prior to the date of the hearing. Verification of your participation should be sent to wied_clerks_gb@wied.uscourts.gov**

**Please contact the Office of the Clerk at 920-455-7381 if you should have any questions.**

Dated:　June 29, 2020　　　　　　　　　William C. Griesbach
　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　s/ Mara A. Corpus
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　(920)455-7381