UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.            Case No. 19-CR-67

XENGXAI YANG,

    Defendant.

---

## MOTION TO RESTRICT

---

  Xengxai Yang, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court order that the attached report regarding Yang's mental condition be restricted to the parties, as it contains personal identifying information, protected health information, and other information that would be impractical to redact.

  Dated at Green Bay, Wisconsin, this 22d day of July, 2020.

         Respectfully submitted,
         **s/ Tom Phillip**
         Tom Phillip, Bar #1023113
         Attorney for Xengxai Yang
         Federal Defender Services of Wisconsin, Inc.
         801 E. Walnut Street, Second Floor
         Green Bay, Wisconsin 54301
         Tel: 920-430-9900
         Fax: 920-430-9901
         E-mail: Tom_Phillip@fd.org