# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **(Counsel Only) TELEPHONE STATUS CONFERENCE** |
| **XENGXAI YANG** | Case No. 19-CR-67 |

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 1:32 p.m.
Proceeding Held: July 29, 2020      Time Concluded: 1:39 p.m.
Deputy Clerk: Mara      Tape: 072920 AT&T

**Appearances:**

UNITED STATES OF AMERICA by:      Andrew J. Maier

XENGXAI YANG by:      Thomas E. Phillip

The Court notes Mr. Phillip has received the defendant's neuropsychological report and has filed a Motion to Withdraw Plea of Guilty (docket no. 27).
Mr. Maier notes the government opposes the motion and will file a response.
Mr. Phillip addresses the defendant's insanity defense.

**Government's Response due by 8/12/2020.**
**Defendant's Reply due by 8/20/2020.**
The Court will issue a decision after the motion is fully briefed.