# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**TELEPHONE SCHEDULING CONFERENCE**
**(Counsel Only)**

**XENGXAI YANG**  Case No. 19-CR-67

---

HONORABLE WILLIAM C. GRIESBACH presiding   Time Called: 1:57 p.m.
Proceeding Held: September 1, 2020   Time Concluded: 2:04 p.m.
Deputy Clerk: Cheryl   Tape: 090120

**Appearances:**

UNITED STATES OF AMERICA by:   Andrew J. Maier

XENGXAI YANG by:   Thomas E. Phillip

INTERPRETER: None   ☐ Interpreter Sworn

---

The matter is on for scheduling. The Court granted the defendant's motion to withdraw his guilty plea. The issue of the insanity defense remains.

Mr. Phillip states he will file a notice of insanity defense. The defendant would likely agree with a court trial but, would like additional time to confer with his client.

Mr. Maier states that a status conference scheduled a couple weeks out would allow counsel to confer with the examining doctors.

The parties discuss that the defendant should be present, either in person or by Zoom to address the trial.

The Court schedules a counsel only telephone conference for September 18, 2020 at 11:30 a.m.
The Court excludes time under the Speedy Trial Act.