UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 19-CR-67

XENGXAI YANG,

    Defendant.

---

## NOTICE OF INSANITY DEFENSE

---

Xengxai Yang, by attorney Tom Phillip, provides notice pursuant to FED. R. CRIM. P. 12.2(a) of his intent to assert at trial a defense of insanity at the time of the alleged offense. *See* 18 U.S.C. § 17. Pursuant to FED. R. CRIM. P. 12.2(c)(3)(disclosing defendant's expert examination),Yang has already filed Dr. Johnson's report. Docket Nos. 28, 29.

Dated at Green Bay, Wisconsin, this 3rd day of September, 2020.

                                                     Respectfully submitted,

                                                     **s/ Tom Phillip**
                                                     Tom Phillip, Bar #1023113
                                                     Attorney for Defendant
                                                     Federal Defender Services of Wisconsin, Inc.

801 E. Walnut Street, Second Floor
Green Bay, Wisconsin 54301-4401
Tel: 920-430-9900
Fax: 920-430-9901
tom_phillip@fd.org

N:\Cases-Open\Y-Z\Yang, Xengxai - 20-065\Pre-trial\Notice of Insanity Defense.docx

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.