# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.                         **(Counsel Only) TELEPHONE SCHEDULING CONFERENCE**

**XENGXAI YANG**                      Case No. 19-CR-67

HONORABLE WILLIAM C. GRIESBACH presiding     Time Called: 10:34 a.m.
Proceeding Held: September 18, 2020     Time Concluded: 10:43 a.m.
Deputy Clerk: Mara     Tape: 091820 AT&T

**Appearances:**

UNITED STATES OF AMERICA by:        Andrew J. Maier

XENGXAI YANG by:        Thomas E. Phillip

The Court inquires as to the status of the case.

Mr. Phillip states the parties agree that this case can proceed with a court trial which will consist of 2 witnesses. Parties anticipates that the expert testimony will take 1/2 day and will submit a factual stipulation to the court along with video evidence.

Mr. Phillip notes the facts will not be contested and the only issue being addressed at the trial will be the defendant's mental state. Mr. Phillip will obtain the defendant's written consent and file a waiver of jury trial.

Mr. Maier also consents to proceeding with a court trial.

**Court trial set for October 27, 2020 at 1:30 p.m.**

**Once the waiver of jury trial is filed, the Clerk shall schedule a Zoom Waiver Hearing and arrange for the defendant's participation at Brown County Jail.**

The Court excludes time under the Speedy Trial Act 9/18/2020-10/27/2020.