UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA

v.

XENGXAI YANG,                     Case No.: 19-CR-67

                Defendant.

WAIVER OF RIGHT TO JURY TRIAL

Pursuant to Fed. R. Crim P. 23, Xengxai Yang hereby knowingly and voluntarily waives his right to a jury trial in this case. By the signature below, the government consents. This waiver is conditioned upon the Court's approval, pursuant to Rule 23(a)(3).

10-2-20
Date

XENGXAI YANG
Defendant

10/8/2020
Date

TOM PHILLIP
Attorney for defendant

10/15/2020
Date

ANDREW MAIER
Assistant United States Attorney

APPROVED this 15th day of October, 2020.

WILLIAM C. GRIESBACH
United States District Judge