# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 19-CR-67 |
| | ) | |
| XENGXAI YANG | ) | |
| | ) | |
| *Defendant.* | ) | |

## EXHIBITS RECEIVED BY CLERK OF COURT'S OFFICE

The undersigned hereby acknowledges receipt of exhibits entered as evidence in the above-captioned case on behalf of Plaintiff and Defendant.

An itemization of the exhibits submitted is attached to this document.

Dated: October 30, 2020                    GINA M. COLLETTI
                                           Clerk of Court

                                           s/ Mara A. Corpus
                                           Deputy Clerk