# EXHIBIT LIST

| USA v. XENGXAI YANG | | UNITED STATES DISTRICT COURT<br>Eastern District of Wisconsin-Green Bay |
|---|---|---|
| COUNSEL FOR PLAINTIFF(S)<br>Andrew J. Maier | COUNSEL FOR DEFENDANT(S)<br>Thomas E. Phillip | DOCKET NUMBER<br>19-CR-67 |
| | | PROCEEDING: Court Trial<br>DATE HELD: October 29, 2020 |
| PRESIDING JUDGE<br>WILLIAM C. GRIESBACH | TAPE NUMBER<br>102920 | COURTROOM DEPUTY<br>Mara |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 10/29/20 | 10/29/20 | Resume of Dr. Denver L. Johnson, Ph.D. |
| 2 | | | 10/29/20 | 10/29/20 | Neuropsychological Evaluation of Defendant by Dr. Johnson |
| 3 | | | 10/29/20 | 10/29/20 | Psychological Evaluation of Defendant by Dr. Kent M. Berney, Ph.D. |
| 4 | | | 10/29/20 | 10/29/20 | Flash drive containing documents and video footage of defendant. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |