Honorable William C. Griesbach　　　　　　　　　　　　　　　　　　　　　01/24/2021
125 S. Jefferson St.
Green Bay, WI. 54301

Re: Character Reference Letter for XengXai

Your Honor,

     My name is Bee Yang and XengXai is a very close cousin of mine. I've known my little cousin ever since I was holding him as an infant in my arms. He is always a helpful working human being. Doing the right things and getting chores done before getting asked to do so. I may not know personally what he has gone through in his own personal life, but when he is with me he shows love, caring, courage, leadership, strength, and honor.

I've always seen him as a little brother of my own and I love and care about him much. I understand that there are restrictions or guidelines for sentencing, but I hope that XengXai is able to receive a chance in this darkness, so that he can be closer to his family and friends who love him. As his older cousin, I will do everything in my power to ensure XengXai walks the right path going forward. Your honor, I truly believe XengXai has the ability to become a great man and that he deserves to live a full and great life. Thank you for your time for reading this.

Sincerely,

*Bee Yang*

Bee Yang

Honorable William C. Griesbach  01/24/2021
125 S. Jefferson St.
Green Bay, WI. 54301

Re: Character Reference Letter for XengXai

Your Honor,

My name is Tshaj (Cha) Yang and I am writing this letter to on behalf of my brother, XengXai Yang. I had the contentment of knowing XengXai throughout my entire life, even through tough times. I had the pleasure of growing up with XengXai for most of his childhood. I can proudly say that XengXai is a nice, honest, understanding and enthusiastic person. Whatever the outcome may be on the sentencing day, I will do as I've always done which is to support XengXai through these tough times. I will do everything I can to help guide XengXai down the right path to become a better person and to improve his health.

XengXai always had full support from the family and he knows that family is everything. I highly understand that what XengXai did was immoral at that time, but I also believe in second chances. It would mean a lot to me and my family that the court find a way to help provide the appropriate assistance and guidance for XengXai and to allow opportunities for XengXai to be a better man. Your precious time is much appreciated in considering this letter.

Thank you,

*Tshaj Yang*

Tshaj Yang

Honorable William C. Griesbach        01/24/2021
125 S. Jefferson St.
Green Bay, WI. 54301

Re: Character Reference Letter for XengXai

Dear your Honor,

My name is Danny Yang. I am a close cousin to XengXai Yang and I've known him since he was a little baby. As a person who watched him up grow up, I can vouch that he is a person with a warm and open heart. Throughout my whole twenty-eight years of living, I have known XengXai to be a man with dignity, respect, and honor. He is a family man. Family came before anything else in his books. He put his parents first and was always doing everything he can to help ease any burden that may fall upon his family. XengXai was always a hardworking individual. Despite always being busy, he still found the time to babysit his baby sister, run errands for his family, and most importantly he still found the time to make everyone laugh and smile.

I understand how serious this case is, but I would just like to let your Honor know that I'm willing to help XengXai in any way to make sure he walks on the right path. I want to assure you that XengXai has a caring family and a newborn baby who awaits his return. Upon his return, I'm willing to make sure he gets the help he needs to become a better person. Whether that is getting a job, going back to school, or getting him all the help he needs to improve his life in a positive way. Give him that opportunity to find his way back to his true self identity and that is a good and caring person. Thank you your honor for your time and consideration.


Sincerely,

*Danny Yang*

Danny Yang

Honorable William C. Griesbach                                          01/24/2021
125 S. Jefferson St.
Green Bay, WI. 54301

Re: Character Reference Letter for XengXai

Your Honor,

    My name is Jensen Yang and I am the oldest brother to XengXai Yang. This letter to you will be my honest description of XengXai's character and a summary of his childhood. As the oldest sibling, I've seen a lot of growth and changes within our family so I can say that I experienced a lot. Those experiences include watching XengXai grow up and learning about his character as he matures. XengXai has always inspired me to become a great role model and he's given me many reasons to believe that he too would become a great role model for someone else. I've watched him grown to love and care about the people around him and put family as his first priority. There were many times where I relied on him for babysitting my children and not once did he denied. He puts others first before himself although he gets nothing in return and he just smiles with joy. That is not something that is taught, but rather something that comes within your own heart and I believe XengXai carries that precious trait every day.

XengXai has grown into other people's lives where his kindness and joy resonates indefinitely. We remember XengXai as the funny little brother who always puts a smile on our faces and reminds us that even the smallest things can make our worst days a little better. I admired XengXai's motivation for always striving for greatness. He's always so eager learn and I've seen firsthand from how far he has come. From learning to fix cars on his own, doing projects around the house, or even learning how to engineer his own mini-projects. I'm always amazed on how determined he was and I believe he can become something great. I'm faithful that we'll be able to give XengXai an opportunity to let him find his true caring character and to leave behind those negative traits which don't belong him. Your honor, thank you very much for your time and for your consideration.

Respectfully,

*Jensen Yang*

Jensen Yang

Honorable William C. Griesbach                                    01/24/2021
125 S. Jefferson St.
Green Bay, WI. 54301

Re: Character Reference Letter for XengXai

Your Honor,

    My name is Michael Xiong. I am XengXai's older brother and I'm writing this letter to you to express my personal view on him. XengXai has always reminded me of myself for as long as I've known him which is caring, loving, and kind. He was always eager to learn from me and mirrored my steps in taking the rightful path to a joyful life. From this, he's proven himself for the past many years that he's capable of many great things and becoming an even greater person. His heart was always welcoming and his mind was always considerate. His family and friends know of this to be true as there were frequent times when he had acted with true kindness and out of pure love. There's no other way to describe him and I truly admire the way he's grown into a young wonderful man.

XengXai has never been defined as mischievous, ill-minded, or immoral for as long as I've known him and seen him grow. Those definitions are far from XengXai's vocabulary and I believe he has it in his heart to find them forbidden to exist in his life. However, this darkness had found its way to XengXai's path and had consumed him of his honest life practices and good beliefs. We all have battles that we're dealing with and even in the darkness, there will always be a light that will present an opportunity as long as we believe in it. I believe that the court will find that slightest beam of light to carry an opportunity to XengXai so that he's not completely left in the dark wondering if he will ever be given a chance to regain his true identity. As his older brother, I'm given a lifetime of commitment in aiding to his success and recovery. Not a day goes by that I'm constantly worried and concerned about his well-being. He has yet to realize what an amazing person he can become, so I kindly invite you to explore the light on this day to give XengXai a fair and reasonable judgement. As this is not an easy task for anyone, I completely understand and give my full respect. Thank you for your valuable time and consideration.

Sincerely,

Michael Xiong

Honorable William C. Griesbach 01/24/2021
125 S. Jefferson St.
Green Bay, WI. 54301

Re: Character Reference Letter for XengXai

Your Honor,

My name is PaHoua Xiong and I am XengXai Yang's oldest sister. I am writing this character reference for XengXai. Despite this wrongful turn in his life, I have seen him grow into such a caring & loving young adult. He was always my "go to" babysitter. Whenever I needed him to babysit, he always made himself available. He also loves to watch his other nieces & nephews. They are so loved by him. He watched our baby sister since the day she was born and helped our mom a lot. She is now 5 years old. She had asked about his whereabouts after the incident, until my mom took her to one of his visitations. She misses him dearly.

XengXai is a good person. He always tries to help out when he can. You can always count on him if you needed him to do something for you, whether it's to fix something or run some errands. He never expected anything in return. He was just glad that he can help.

I am positive that he will never do anything like this again and I'm willing to help him in any way. I only wish him well and I hope that he is given an opportunity to prove himself and others that he's not a wrongful person.

Thank you your honor for taking the time to read this letter of mine. My family & I will stand by him & offer the support that he needs as he goes through stressful time of his.

Respectfully,

*PaHoua Xiong*

PaHoua Xiong

Honorable William C. Griesbach                                        01/24/2021
125 S. Jefferson St.
Green Bay, WI. 54301


Re: Character Reference Letter for XengXai

Dear your Honor,

My name is Pantsais (Pan-gi) and I'm writing on behalf of Xeng Xai, who's my baby brother. I've known him my whole life and we grew up together until I continued my education at the University of Milwaukee Wisconsin.

Up until now, he's been nothing but caring and loving. He cares for my parents' needs which include: taking care of our baby sister, taking out the trash, shoveling the snow, and cutting the grass, basic maintenance around the house and much more.

I really love his passion for fishing and hunting. He always went with my dad, brothers, siblings or friends as this was a family hobby he grew up loving. I also enjoy fishing, although I may not be good at it, I've always counted on XengXai. He always gave me fishing tips and tricks. Not only that but he gave me a toolbox set with all the basic fishing equipment as well as one of his good fishing poles. Whenever we have time, we always almost try to go fishing together which we have made great memories together.

As his sister, he has never once ever hurt me or my siblings in any way. He's always been good. He really shows nothing but love for his family and friends. He's sort of like me, we love and care hard because of our family values. We all love and appreciate him as he does a lot for the family, a lot of things that my siblings and I could not do. He's matured so much over the years, and he's become wiser. I respect and love him a lot as he'll always be my baby brother. Thank you for taking the time to read this and I appreciate your efforts and hard work.


Sincerely,

Pantsais Yang

Honorable William C. Griesbach  01/24/2021
125 S. Jefferson St.
Green Bay, WI. 54301

Re: Character Reference Letter for XengXai

Dear your Honor,

My name is Tou Yang. I am his second oldest brother. XengXai was a good loving brother, son, and friend. He always put his family first and always helped out in every way that he could. Whether it was babysitting his little nephews or nieces, helping fixing cars, or fixing up around the house, he was always willing to help others before he would help himself. That is the way I remembered XengXai and I believe that has always been the code he lived by.

I watched him grow up and he became this caring person who always had this kind heart. It saddens me to see XengXai to have fallen into this situation. As his older brother, I worry and care about him very much. I'm willing to help XengXai in any way in order to improve his life and to become the caring and loving person that he has always been. Thank you for your time and considerations your honor. I hope this letter finds you well and I wish you well.

Sincerely,

Tou Yang