# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **SENTENCING MINUTES** |
| **XENGXAI YANG** | Case No. 19-CR-67 |

HONORABLE WILLIAM C. GRIESBACH presiding  
Proceeding Held: February 4, 2021  
Deputy Clerk: Cheryl

Time Called: 1:30 P.M.  
Time Concluded: 2:32 P.M.  
Tape: Zoom 020421

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Andrew J. Maier |
| XENGXAI YANG by video and by: | Thomas E. Phillip |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ Defendant consents to appear and proceed by video conference.

☒ The parties have no objections to the factual statements in the PSR  
☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant  
☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The court adopts the factual statements and guideline application as set forth in the PSR  
☐ The court adopts the factual statements and guideline application with these changes:

☒ The government presents sentencing argument: The government recommends 183 months.  
☒ The defendant presents sentencing argument: The defendant requests a 144-153 sentence.  
☒ Defendant exercises right of allocution.  
☒ The court imposes sentence.  
☐ The government dismisses count(s) _____.  
☒ Defendant advised of appeal rights.

Kathy Cruz, Branch Manager, address the court on behalf of herself and the other victims at the credit union.

**SENTENCE IMPOSED:**

**Imprisonment:**   48   Months as to Count(s)   1&3   of the  Indictment
                    120 Months as to Count(s)   2   of the  Indictment

    Imprisonment term for each count to be served ☐ concurrently ☒ consecutively.
          TOTAL TERM OF IMPRISONMENT IMPOSED: 168 months.

☐ This term of imprisonment is to be served (☐ concurrently with or ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**        Years as to Count(s)        of the       

**Supervised Release:**   3   Years as to Count(s)   1&3   of the  Indictment
                  5   Years as to Count(s)   2   of the  Indictment

**MONETARY PENALTIES**

**Special Assessment:**  $ 300.00    due immediately

**Fine:**  $          ☒ fine waived

**Restitution:**  $          ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with      .
☐ Repayment of Buy Money is **joint and several** with      .

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at Oxford, Wisconsin or as near his home as possible.
☒ Other: The defendant receive mental health treatment.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after      .

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The Court reads the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: