# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

GINA M. COLLETTI
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
*www.wied.uscourts.gov*

May 28, 2021

Andrew J Maier
United States Department of Justice (ED-WI)
Office of the US Attorney
205 Doty St - Ste 301
Green Bay, WI 54301

    Re:    United States v. Xengxai Yang
             **Case No. 19-CR-67**

Dear Mr. Maier:

      This letter constitutes notification of the release of exhibits currently held by our office for the case referenced above. See docket entry #44.

      Parties wishing to claim exhibits currently held by the court should contact the Office of the Clerk of Court on or prior to June 9, 2021. Exhibits not removed by this date will be destroyed.

      Very truly yours,

      GINA M. COLLETTI
      Clerk of Court

      s/ Cheryl A. Veazie
      Deputy Clerk