Case: 19-CR-67
Xengxai Yang
F.C.I. Sandstone
P.O. Box 1000
Sandstone, MN 55072

October 11th, 2021
Honorable Judge William C. Griesbach
125 S. Jefferson St.
Court room 203
Green Bay, WI 54301



Re: Direct Appeal

Dear Honorable Judge William Griesbach,

    I am requesting the Court to appoint me a Attorney to appeal my sentence. I am indigent and can not afford to retain Counsel.

Respectfully Submitted,

Xengxai Yang
#16979089   C-unit